IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 00-20575
Conference Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHAWN ALLEN GLOVER,
also known as Demarco A. Glover,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-628-3
--------------------
April 12, 2001

Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Shawn Allen Glover on appeal
has moved to withdraw and has filed a brief as required by *Anders
v. California*, 386 U.S. 738 (1967).  Glover has received a copy
of counsel's motion and brief but has not filed a response.

Our independent review of the brief and the record discloses
no nonfrivolous issue for appeal.  Accordingly, counsel's motion
for leave to withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the appeal is DISMISSED.  5TH CIR. R.
42.2.

———————————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.